**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 22-1847
_____

JAMES STEUERT,
                                        Appellant
v.

L-3 COMMUNICATIONS CORPORATION
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 1:11-cv-03385)
District Judge: Honorable Joseph H. Rodriguez
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
on January 26, 2023

Before: BIBAS, NYGAARD, and FUENTES, *Circuit Judges*

(Filed: January 26, 2023)
_____

OPINION*
_____

BIBAS, *Circuit Judge*.

James Steuert appeals the dismissal of his complaint. But because the District Court never issued a final judgment, we lack jurisdiction to review that dismissal. 28 U.S.C. § 1291. The District Court gave Steuert twenty days to file an amended complaint but did

_____
* This disposition is not an opinion of the full Court and, under I.O.P. 5.7, is not binding precedent.

not "provide[ ] express notice" that its order would "automatically produce a final order of dismissal when the time to amend [ran] out." *Weber v. McGrogan*, 939 F.3d 232, 240 (3d Cir. 2019). And though Steuert filed a notice of appeal after those twenty days, he did not clearly stand on his complaint. *See id.* So we will dismiss his appeal.